NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of A.S., a child. )
_____ )
)
J.S., )
)
        Appellant, )
)
v. )      Case No. 2D18-2340
)
DEPARTMENT OF CHILDREN AND )
FAMILIES, )
)
)
        Appellees. )
_____ )

Opinion filed September 5, 2018.

Appeal from the Circuit Court for Lee
County; Robert J. Branning, Judge.

Toni A. Butler of Alderuccio & Butler, LLC,
Naples, for Appellant.

Meredith K. Hall, Appellant Counsel,
Children's Legal Services, Bradenton,
for Appellee Department of Children and
Families.

PER CURIAM.

        Affirmed.

KELLY, MORRIS, and ATKINSON, JJ., Concur.